UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. STALLWORTH,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF DEPARTMENT OF MARTINEZ DETENTION FACILITY, et al.,<br><br>Defendants. | Case No. 23-cv-02489-PCP<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 1 |

On March 4, 2024, the Clerk of the Court sent an order to Plaintiff. Dkt. No. 12. This mail was returned undelivered on March 18, 2024, with "NIC" written on the envelope. Dkt. No. 13.

The Clerk's notice was sent to Plaintiff at the address he provided. *See* Dkt. No. 11. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Plaintiff.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do

1  this, he must file **both** an amended complaint in accordance with the Court's instructions in the

2  Order dismissing the complaint with leave to amend, **and** a motion with the words MOTION TO

3  REOPEN written on the first page.

4      The Clerk shall close the file.

6      **IT IS SO ORDERED.**

7  Dated: June 18, 2024

P. Casey Pitts
United States District Judge